UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RITESHKUMAR RAMANBHAI PATEL, MOUNISH KUKATLA, RAKESHGIRI RAMESHGIRI GOSWAMI, SAHIL SALIM HAMEERANI, VIPULBHAI JYANTILAL PATEL, TEJALBEN VIPULBHAI PATEL, HARSHADKUMAR KANTILAL PATEL, MINABEN HARSHADKUMAR PATEL, KARIM AMYN DHANANI, VIPUL THAKORBHAI PARMAR, URVASHIBAHEN VIPUL PARMAR, ARYAN PARMAR, and DIPIKA MANEKLAL PATEL,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, UR MENDOZA JADDOU, Director of the U.S. Citizenship and Immigration Services, DANIEL M. RENAUD, Director of Vermont Service Center of the U.S. Citizenship and Immigration Services, and CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation<br><br>    Defendants. | Case No. 5:22-cr-177 |

## **ORDER**

Upon the notice of voluntary dismiss filed by Plaintiffs' Attorney(s), IT IS HEREBY ORDERED that the notice of voluntary dismissal is GRANTED.

Dated at Burlington, in the District of Vermont, this 15th day of June, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court